MARIO SCOLARO et al., Appellants, *v.* LEONARD LITTLE et al., Respondents, et al., Defendants.

Argued January 8, 1952; decided January 24, 1952.

*Osborne A. McKegney* and *Thomas V. Tozzi* for Mario Scolaro and another, appellants.

*Charles E. Lapp, Jr.,* and *Eugene R. Hurley* for Constance Hurley, appellant.

*Osborne A. McKegney* for Point Lookout Civic Association, Inc., *amicus curiæ,* in support of appellants' position.

*Ferdinand I. Haber* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.